# Burgio Curvin & Banker
### ATTORNEYS

496 Main Street | Buffalo, New York 14202 | T: 716.854.1744 | F: 716.854.1749 | www.burgiocurvin.com

March 4, 2025

**Via Electronic Filing**
Magistrate Daniel J. Stewart, J.S.C.
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

Re: April Goods vs. Baldner vs. Tristin Goods
Docket No. 1:21-cv-01357
&
Re: Michelle Surrencey vs. Baldner vs. Tristin Goods
Docket No. 1:22-cv-00391
Our File No. HU-5472 & HU-5473

_____

Dear Magistrate Stewart:

As you know, this firm represents Tristan Goods concerning the above-referenced actions. Please allow this letter to serve as a status report pursuant to this Court's Order.

Depositions have been completed of April Goods and Michelle Surrency. Christopher Baldner has not yet been deposed. There is a criminal matter pending pertaining to Mr. Baldner which remains stayed pending an appeal by the People. That appeal is scheduled for oral argument in May 2025. It's possible the criminal trial will proceed in fall of 2025, or the coming months. Once the criminal matter pertaining to Mr. Baldner is finalized, we expect Mr. Baldner, as well as Mr. Goods, will be deposed.

This should bring you up to date regarding the status of discovery in this matter. Please advise if any additional information is needed.

Very truly yours,
*/s/ Stephanie R. Messina*
STEPHANIE R. MESSINA, ESQ.

SRM/sp

cc:  Joseph E. O'Connor, Esq.
Dennis A. First, Esq.
Elizabeth J. Grogan, Esq.
Cory R. Dalmata, Esq.
Sanford Allan Rubenstein, Esq.
Donald W. Boyajian, Esq